IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARJUN IYER, a Minor<br>By and through his Parent and<br>Next Friend Rakesh Iyer<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:22-cv-441<br>)<br>)<br>)<br>)<br>)<br>) |

## HANDY TECHNOLOGIES, INC.'S NOTICE OF REMOVAL

Defendant Handy Technologies, Inc. ("Handy Technologies") hereby removes this action from the Circuit Court of Loudoun County, Virginia to this, the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Federal Rule of Civil Procedure 81(c), and on the following grounds:

1.　　On or about February 4, 2022, Arjun Iyer, a Minor by and through his Parent and Next Friend Rakesh Iyer ("Plaintiff") filed a Complaint against Walmart Inc. ("Walmart") and Handy Technologies (collectively, "Defendants") in the Circuit Court of Loudoun County, captioned *Arjun Iyer, a Minor by and through his Parent and Next Friend Rakesh Iyer v. Walmart Inc. and Handy Technologies, Inc.*, Case Number CL22000662-00 (the "Complaint").

2.　　On or about March 21, 2022, Plaintiff served the Summons and Complaint on Defendants, through their agents for service of process.

3.　　There is jurisdiction over this removed action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in this Court pursuant to 28 U.S.C. § 1332.

Specifically, this Court has jurisdiction over this action because there is diversity of citizenship between Plaintiff, a citizen of Virginia, and Defendants Handy Technologies and Walmart, each a citizen of other states; the amount in controversy far exceeds $75,000 exclusive of interests and costs; and all Defendants have consented to removal.

**There Is Complete Diversity Between the Parties**

4. Plaintiff is an individual domiciled in Ashburn, Virginia. (*See* Complaint at 1). As such, Plaintiff is a citizen of Virginia.

5. Handy Technologies is a Delaware corporation with its principal place of business in New York. (*See* Complaint at 1). As such, Hany Technologies is a citizen of Delaware and New York.

6. Walmart is a Delaware corporation with its principal place of business in Arkansas. (*See* Complaint at 1). As such, Walmart is a citizen of Delaware and Arkansas.

7. Thus, there is complete diversity of citizenship among the parties in accordance with 28 U.S.C. 1332(a)(1) & (c) and removal is proper under 28 U.S. § 1441(b).

**The Amount in Controversy Exceeds the Jurisdictional Minimum**

8. The Complaint alleges that Defendants are liable for injures and damages suffered by the Plaintiff. (*See* Complaint at 10).

9. Plaintiff alleges damages in the amount of $2,000,000, plus pre-judgment interest and costs, which pursuant to 28 U.S.C. 1446(c) easily satisfies the jurisdictional minimum set forth in 28 U.S.C. § 1332(a). (Complaint at 5).

**The Requirements for Removal Are Otherwise Satisfied**

10. Handy Technologies has attached as **Exhibit A** the Civil Cover Sheet for the purpose of initiating the civil docket sheet.

11. In accordance with 28 U.S.C. § 1446(a), 28 U.S.C. § 1447(b), and L.R. 3.2, Handy Technologies has attached as **Exhibit B**, and filed with the Clerk of this Court, true and legible copies of all process, pleadings, and orders on file with the Circuit Court for Loudoun County, Virginia, and a list of all parties to the action.

12. Venue of this removed action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district that includes Loudoun County, Virginia where the state court action was pending.

13. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it is filed within thirty days of Handy Technologies' receipt of service of the state court Summons and Complaint.

14. Walmart consents to the removal of this action. Therefore, removal is proposer under 28 U.S.C. § 1446(b)(2).

15. In accordance with 28 U.S.C. § 1446(d), Handy Technologies will promptly provide written notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court for Loudoun County, Virginia.

WHEREFORE, Defendant Handy Technologies, Inc., by and through its undersigned counsel, respectfully notices the removal of this action now pending against it in the Circuit Court of Loudoun County, Virginia, Case Number CL22000662-00 to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Dated: April 20, 2022			Respectfully submitted,

/s/ *Christian A. Yingling*
Christian A. Yingling (VSB # 91243)
Quarles & Brady, LLP
1701 Pennsylvania Avenue NW, Suite 700

Washington, D.C. 20006
202-372-9529
Christian.Yingling@quarles.com
*Attorney for Handy Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2022, a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF system and further certifies that a copy of the foregoing has also been served via Electronic Mail and Facsimile to:

Allan M. Siegel
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, DC 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
siegel@dc-law.net
*Counsel for Plaintiff*


Cameron Beck
McCandlish Holton
1111 East Main Street, Suite 2100
Richmond, VA 23219
Tel: (804) 344 6322
Fax: (804) 819-1163
cbeck@lawmh.com
*Counsel for Walmart Inc.*

                                                     /s/ *Christian A. Yingling*
                                                    Christian A. Yingling